UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EGOROV DMITRIY,<br><br>            Plaintiff,<br><br>      v.<br><br>KUCHUK YURIY,<br><br>            Defendant. | No.  2:20-cv-00011-DAD-AC (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION, AND DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(Doc. Nos. 2, 3) |

Plaintiff Egorov Dmitriy is proceeding *pro se* in this personal injury civil action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On January 16, 2020, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's complaint be dismissed for lack of subject matter jurisdiction and because it is frivolous, and that plaintiff's motion to proceed *in forma pauperis* be denied as moot. (Doc. No. 3.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 4.) No objections have been filed and the time to do so has since passed.

Although it appears from the record on the docket that plaintiff's copy of the findings and recommendations was returned to the court as undeliverable, plaintiff was properly served. It is

1

the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective. Additionally, the April 6, 2020 deadline for plaintiff to file a change of address with the court passed long ago and no such notice has been filed by plaintiff.

This court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on January 16, 2020 (Doc. No. 3) are adopted in full;

2. Plaintiff's complaint (Doc. No. 1) is dismissed for lack of subject matter jurisdiction and frivolity;

3. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is denied as moot; and

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 6, 2022**

UNITED STATES DISTRICT JUDGE